United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PARZIALE,<br><br>               Plaintiff,<br><br>   v.<br><br>HP, INC,<br><br>               Defendant. | Case No. 5:19-cv-05363-EJD<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 47 |

On September 29, 2020, the Court granted Defendant's motion to dismiss Plaintiff's Second Amended Complaint. Dkt. No. 47. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 29, 2020

_____
EDWARD J. DAVILA
United States District Judge